UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Hunter, on behalf of himself and all others similarly situated,

Plaintiff,

v.

Chronimed Inc., Henry Blissenbach, Maurice R. Taylor II, and Gregory Keane,

Defendants.

Civil File No. 01-CV-1190 ~~DSD/JMM~~ DWF/AJB

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff and defendants in the above-referenced case, through their undersigned attorneys, hereby stipulate that defendants may have an indefinite extension of time to answer, move, or otherwise respond to the complaint in the above-referenced matter since plaintiff intends to file an amended and consolidated complaint. When an amended consolidated complaint has been served upon the defendants, defendants have 30 days thereafter to answer, move, or otherwise respond to the amended consolidated complaint.

Dated: July 26, 2001

DORSEY & WHITNEY LLP

By [signature]
Peter W. Carter #0227985
Heather J. Klaas #283319
Mitchell W. Granberg #0285687
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants Chronimed Inc., Henry Blissenbach, Maurice Taylor and Gregory Keane

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

Dated: July 27, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By [signature]

Richard A. Lockridge, #64117
Gregg M. Fishbein, # 202009
Karen M. Hanson, #219770
Gregory J. Myers, #0287398
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

ABBEY GARDY

Nancy Kaboolian
Mark C. Gardy
212 East 39th Street
New York, NY 10022
Telephone: (212) 889-3700

FARUQI & FARUQI

415 Madison Avenue
New York, New York

Attorneys for Plaintiff Robert Hunter, on behalf of himself and all others similarly situated

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendants shall answer, move, or otherwise respond thirty days from service of the amended consolidated complaint.

Dated: 7/31/01

[signature]
Arthur J. Boylan
Magistrate Judge
United States District Court for the District of Minnesota

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500